IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TINT WORLD, LLC

    Plaintiff,

vs.                                                                                                    1:21-cv-00224-MV-LF

MIRROR IMAGE GLASS & AUTO DETAILING, LLC;
TINTING WORLDS & AUTO DETAILING, LLC; and
EDWARD ROMERO,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 24, 2022. Doc. 17. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 17) are ADOPTED;

2. Tint World is the owner of all rights in the trademark TINT WORLD in connection with auto and commercial glass replacement and installation services and the sale of window films, glass protective coatings, and associated automobile cleaning and polishing services;

3. Defendants are permanently enjoined from using Tint World's trademarks in connection with any business involving the sale or installation of glass and glass coating and coloring;

4. Tint World is awarded $300 in statutory damages under the UPA; and

5. In accordance with the Order of Reference (Doc. 16), the Magistrate Judge will hold a hearing to determine the amount of attorney's fees to which Tint World is entitled as a result of prosecuting its complaint.

_____
MARTHA VÀZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE