IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TINT WORLD, LLC

    Plaintiff,

vs.                                                                        1:21-cv-00224-MV-LF

MIRROR IMAGE GLASS & AUTO DETAILING, LLC;
TINTING WORLDS & AUTO DETAILING, LLC; and
EDWARD ROMERO,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on May 6, 2022. Doc. 25. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 8. On May 9, 2022, Plaintiff Tint World filed a waiver of its right to object to the Court's PFRD. Doc. 26. To date, Defendants have not entered an appearance or filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 25) are ADOPTED;

2.     The Court awards Tint World its attorney fees in the amount of $31,989.40 and taxable costs in the amount of $597.00, for a total of $32,586.40.

                                                                        _____
                                                                        MARTHA VÁZQUEZ
                                                                        SENIOR UNITED STATES DISTRICT JUDGE